IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIM PURCELL, ) | |
| ) | Civil Action No. 00-0181J |
| Plaintiff, ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| v. ) | |
| ) | |
| THE PENNSYLVANIA DEPARTMENT , ) | |
| OF CORRECTIONS, et al.; ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**ORDER**

Plaintiff in this action has filed numerous requests for the court to appoint counsel to represent him in this matter. Although previous requests for counsel had been denied, the case is now postured for trial. The Court believes that if counsel is willing to accept this case on a pro bono basis, it is appropriate to assign counsel for purposes of trial only. Therefore,

**IT IS ORDERED** this 28th day of February, 2007, that Michael A. Comber, Esq., Jerome J. Kalina, Esq., of the law firm of Jones Day, are appointed as counsel for Plaintiff on a pro bono basis for trial only.

**IT IS FURTHER ORDERED** that no further discovery is to be done in this case without good cause and leave of court.

**IT IS FURTHER ORDERED** that a status conference is to take place before the undersigned on March 19, 2007 at 3 pm in courtroom 7B.

 

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc: Tim Purcell
AS-2217
SCI Laurel Highland
5706 Glades Pike
P.O. Box 631
Somerset, PA 15501-0631

Michael A. Comber
Jones Day
500 Grant St. Suite 3100
Pgh., PA 15219-2502

Jerome J. Kalina
Jones Day
500 Grant St. Suite 3100
Pgh., PA 15219-2502

Counsel of Record